UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA



14 OCT -1 AM 9: 19

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   vs.<br><br>Benjamin Miranda,<br><br>            Defendant. | CASE NO. 13cr3124-WQH<br><br>**JUDGMENT OF DISMISSAL** |

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_x_ of the offense(s) as charged in the Indictment/Information:

8:1324(a)(2)(B)(iii); 18:2

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 9/30/14

                              Jan M. Adler
                              U.S. Magistrate Judge